Joseph L. WELLS, Appellant,

v.

Naomi Ruth WELLS, Respondent.

No. 49315.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 7, 1985.

Donna M. Ransom White, St. Louis, for appellant.

Raymond Howard, St. Louis, for respondent.

## ORDER

PER CURIAM.

Husband appeals from a dissolution of marriage decree, claiming the trial court erred in its division of marital property. An extended opinion would be of no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).